**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 14-1335**

————————

ROSS A. FIORANI, JR.,

              Plaintiff - Appellant,

       and

NAVY FEDERAL CREDIT; AMERICAN EXPRESS BANK; MERRIFIELD,
VIRGINIA; BARCLAYS BANK; TD BANK; WEST PUBLISHING; ALLSTATE
INSURANCE COMPANY; VIRGINIA TAX DEPARTMENT; FAIRFAX COUNTY
TAX AUTHORITY; CAPITAL ONE, (401K/Roth),

              Plaintiffs,

       v.

COMMONWEALTH OF VIRGINIA, et al; COMMISSIONERS OF THE
TREASURY; DMV; MVDB; VITA'S AGENTS; MR. CANARY; MS. BROWN;
MS. WOOD-HENRY; MS. ESTES; SAMUEL A. NIXON, JR., et al,

              Defendants - Appellees.

————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, Senior
District Judge. (3:14-cv-00216-JRS)

————————

Submitted: October 21, 2014        Decided: October 23, 2014

————————

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Ross A. Fiorani, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ross A. Fiorani, Jr., appeals the district court's order dismissing his civil complaint pursuant to 28 U.S.C. § 1915(e) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fiorani v. Commonwealth of Va., No. 3:14-cv-00216-JRS (E.D. Va. Apr. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED